UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALEXANDER J. FISHER,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT CORRECTIONS DIVISION, et al.,<br><br>　　　　　Defendants. | No. 5:21-cv-01684-GW (JDE)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including Plaintiff's Complaint (Dkt. 1), Plaintiff's First Amended Complaint (Dkt. 6), the Order by the assigned United States Magistrate Judge regarding Plaintiff's First Amended Complaint (Dkt. 7), and the Report and Recommendation of the Magistrate Judge (Dkt. 11). Plaintiff did not file timely written objections to the Report and Recommendation or timely seek additional time in which to do so.

　　　　THERFORE, IT IS HEREBY ORDERED that:

　　　　1.　　The Report and Recommendation is approved and accepted; and

2. Judgment shall be entered dismissing this case with prejudice.

Dated: March 14, 2022

_____
GEORGE H. WU
United States District Judge