JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| ALEXANDER J. FISHER,<br><br>         Plaintiff,<br><br>    v.<br><br>RIVERSIDE COUNTY SHERIFF'S DEPARTMENT CORRECTIONS DIVISION, et al.,<br><br>         Defendants. | No. 5:21-cv-01684-GW (JDE)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

Dated: March 14, 2022

_____
GEORGE H. WU
United States District Judge